IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

No. 13-14860-B

*5:12-cv-31-OC-10PRL*

MICHAEL DELANCY,

                                        Petitioner - Appellant,

versus

WARDEN, FCC COLEMAN - MEDIUM,

                                        Respondent - Appellee.

Appeal from the United States District Court
for the Middle District of Florida

ENTRY OF DISMISSAL: Pursuant to the 11th Cir.R.42-1(b), this appeal is DISMISSED for want of prosecution because the appellant Michael Delancy has failed to pay the filing and docketing fees to the district court within the time fixed by the rules, effective July 31, 2014.

JOHN LEY
Clerk of Court of the United States Court
of Appeals for the Eleventh Circuit

by: Melanie Gaddis, B, Deputy Clerk

                                        FOR THE COURT - BY DIRECTION

## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

July 31, 2014

Sheryl L. Loesch
U.S. District Court
207 NW 2ND ST
OCALA, FL 34475

Appeal Number: 13-14860-B
Case Style: Michael Delancy v. FCC Coleman - Medium Warden
District Court Docket No: 5:12-cv-00031-WTH-PRL

The enclosed copy of the Clerk's Entry of Dismissal for failure to prosecute in the above referenced appeal is issued as the mandate of this court. See 11th Cir. R. 41-4.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Melanie Gaddis, B
Phone #: (404) 335-6187

Enclosure(s)

DIS-2 Letter and Entry of Dismissal



13-14860-B Michael Delancy v. FCC Coleman - Medium Warden "Clerk Order Filed Clerk's Entry of Dismissal Failed to Pay Filing Fee to DC" (5:12-cv-00031-WTH-PRL)
ecf_help
to:
efile_appeals
07/31/2014 11:31 AM
Hide Details
From: ecf_help@ca11.uscourts.gov

To: efile_appeals@flmd.uscourts.gov

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

United States Court of Appeals for the Eleventh Circuit

**Notice of Docket Activity**

The following transaction was filed on 07/31/2014
Case Name: Michael Delancy v. FCC Coleman - Medium Warden
Case Number: 13-14860
Document(s): Document(s)

**Docket Text:**
ENTRY OF DISMISSAL: Pursuant to the 11th Cir.R.42-1(b), this appeal is DISMISSED for want of prosecution because the appellant Michael Delancy has failed to pay the filing and docketing fees to the district court within the time fixed by the rules

**Notice will be electronically mailed to:**

Sheryl L. Loesch, Clerk of Court
Yvette Rhodes

**Notice will not be electronically mailed to:**

Arthur Lee Bentley, III
U.S. Attorney's Office
400 N TAMPA ST STE 3200
TAMPA, FL 33602-4798

Michael Delancy
FCI Coleman Medium - Inmate Legal Mail
PO BOX 1032
COLEMAN, FL 33521-1032

Colleen D. Murphy-Davis
U.S. Attorney's Office
400 N TAMPA ST STE 3200
TAMPA, FL 33602-4798

The following document(s) are associated with this transaction:
Document Description: DIS-2 Notice to Counsel/Parties
Original Filename: /opt/ACECF/live/forms/melanie_gaddis_1314860_7233079_DIS-2LetterandEntryofDismissal_243.pdf
Electronic Document Stamp:
[STAMP acecfStamp_ID=1160056652 [Date=07/31/2014] [FileNumber=7233079-0]
[2b522aa5aebcfc61b564d9a2ee94baab7d55496144b4c1b9bb5693744a1f878f19df31cf3167b1f897ddebf66ee3feb4bc4649099cacabdd8b1bc841042433af]]
Recipients:

- Arthur Lee Bentley, III
- Michael Delancy
- Sheryl L. Loesch, Clerk of Court
- Colleen D. Murphy-Davis
- Yvette Rhodes